Dannie H. WEBSTER

v.

STATE.

No. 0696–89.

Court of Criminal Appeals of Texas,
En Banc.

Dec. 19, 1990.

On Appellant's petition for discretionary review: judgment of the trial court and Court of Appeals reversed and cause remanded to the trial court.

McCORMICK, P.J., and DAVIS, WHITE and STURNS, JJ., dissent.

■

The STATE of Texas, Appellant,

v.

Jose Freddie SALDIVAR, Appellee.

Nos. 0186–91 to 0188–91.

Court of Criminal Appeals of Texas,
En Banc.

April 24, 1991.

Appeal from 35th Judicial District Court, Mills County; James Morgan, Judge.

Prior report: Tex.App., 798 S.W.2d 872.

On Appellant's petition for discretionary review: petitions refused.

■

William KLASING, Appellant,

v.

The STATE of Texas, Appellee.

No. 1161–89.

Court of Criminal Appeals of Texas,
En Banc.

May 1, 1991.

Appeal from 117th Judicial District Court, Nueces County; Robert Blackmon, Judge.

Prior report: Tex.App., 771 S.W.2d 684.

On Appellant's petition for discretionary review: judgment of the trial court and Court of Appeals affirmed.

CLINTON, J., dissents.

BENVAVIDES, J., not participating.

■

Gary Wayne HENDERSON, Appellant,

v.

The STATE of Texas, Appellee.

Nos. 1275–88 to 1278–88.

Court of Criminal Appeals of Texas,
En Banc.

May 15, 1991.

Appeal from 21st Judicial District Court, Bastrop County; H.R. Towslee, Judge.

Prior report: Tex.App., 758 S.W.2d 694.

On Appellant's petition for discretionary review: petition dismissed as improvidently granted.